IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUNSON ROBERTS
ADC #127841                                                                                    PLAINTIFF

V.                              CASE NO. 4:18-CV-149 JM

LISA WILKINS, *et al*.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 21st day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE