IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUNSON ROBERTS**
**ADC #127841**                                                                                  **PLAINTIFF**

**V.**                        **CASE NO. 4:18-CV-149 JM**

**LISA WILKINS,** *et al*.                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 24th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE